UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>THOMAS MEEKS,<br><br>  Defendant. | 2:10-CR-0296-ECR (RJJ) |

**ORDER OF FORFEITURE**

This Court found on July 8, 2010, that THOMAS MEEKS shall pay a criminal forfeiture money judgment of $120,000.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); 18 U.S.C. § 982(a)(2)(A); 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c); and 21 U.S.C. § 853.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from THOMAS MEEKS a criminal forfeiture money judgment in the amount of $120,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); 18 U.S.C. § 982(a)(2)(A); 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p).

DATED this 30 day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE