

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

THOMAS MEEKS,

        Defendant.
_____/

02:10-CR-296-ECR-RJJ

MINUTES OF COURT

Date: April 18, 2011

**PRESENT:** EDWARD C. REED, JR., SENIOR U.S. District Judge

Courtroom Deputy: Colleen Larsen; Court Reporter: None Appearing

Counsel for Plaintiff: None Appearing

Counsel for Defendant: None Appearing

**MINUTE ORDER IN CHAMBERS**

**IT IS HEREBY ORDERED** that the motion by the Government (#24), to amend judgment, is hereby GRANTED, in the following respects:

    that the Amended Judgment, (#23) shall be amended to reflect the correct offense as "Conspiracy to Commit Bank Fraud";

    that the Amended Judgment (#23), shall be further amended at page 4, paragraph 4, to reflect that the formal name of the victim, Freddie Mac, should be Federal Home Loan Mortgage Corporation, and the formal name of the victim, Fannie Mae, should be Federal National Mortgage Association, and the addresses of the victims shall also be inserted therein; and,

    that a copy of the Order of Forfeiture (#21), shall be attached to the Second Amended Judgment, to be prepared and filed by the Clerk, in accordance with the orders of the Court herein.

02:10-CR-296-ECR               April 18, 2011                    Page Two

**IT IS FURTHER ORDERED** that the motion by the Government (#24), to amend judgment, is DENIED, insofar as it requires the judgment be amended to reflect the correct restitution amounts, as the Court believes the amounts to be correct as stated in the Amended Judgment (#23).

**IT IS FURTHER ORDERED** that the motion by the Government (#24), to amend judgment to append the restitution list, is DENIED, as the victims, their addresses, and the amounts owed to each institution, will be reflected in the Second Amended Judgment at page 4, paragraph 4.

LANCE S. WILSON, CLERK

By____/s/_____
              Deputy