UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:10-cr-0296-ECR-RJJ |
| Plaintiff, ) | |
| vs. ) | |
| THOMAS MEEKS, ) | ORDER |
| Defendant. ) | |

On July 11, 2011, Defendant filed a Motion to Change Self-Surrender Date (#27). The United States has filed a non-opposition (#30) to the granting of the motion. The Pretrial Services department has stated to the Court that it does not object to the granting of the motion.

Therefore, IT IS HEREBY ORDERED that Defendant's self surrender date is continued to Friday, January 27, 2012 at 10:00 a.m.. At that time, the Defendant shall surrender to the institution designated by the Bureau of Prisons for his incarceration. A copy of this order shall be served by the Clerk on the United States Marshals Service and the Federal Bureau of Prisons.

Dated this 22nd day of July 2011.

_Edward C. Reed_
EDWARD C. REED, JR.
United States District Judge