

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>THOMAS MEEKS  )<br>  )<br>Defendant.  ) | 2:10-CR-296-JAD-1 |

### ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Amended Judgment in a Criminal Case (ECF#26), sentencing having been imposed on March 30, 2011. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: FANNIE MAE
Amount of Restitution: $248,538.00\*

Name of Payee: FREDDIE MAC CORP
Amount of Restitution: $506,948.00\*\*

**Total Amount of Restitution ordered: $755,486.00**

\*Joint and several with Russell Pachinger in 2:10-CR-302 and Joshua Weissbuch
  in 2:10-CR-303

***Joint and several with Russell Pachinger in 2:10-CR-302, Joshua Weissbuch in 2:10-CR-303, Mark Gonzalez in 2:12-CR-446 and Paul Wagner in 2:10-CR-399

Dated this \_\_\_16th\_\_\_ day of August, 2017.

_____
UNITED STATES DISTRICT JUDGE